```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 43594
   JACQUELINE ROWE
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-4037


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 11/23/2004 and was confirmed 03/02/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  91.93% from remaining funds.

     The case was dismissed after confirmation 09/19/2007.
--------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------
AAA CHECKMATE                UNSECURED OTH    783.73            .00          483.88
INTERNAL REVENUE SERVICE     PRIORITY         429.17            .00          429.17
10 MINUTE PAYDAY LOANS       UNSECURED      NOT FILED           .00             .00
AMERICAN FAIR CREDIT ASO     UNSECURED      NOT FILED           .00             .00
AMERICAN REVENUE CORP        UNSECURED      NOT FILED           .00             .00
AMERICASH LOANS LLC          UNSECURED         260.25           .00          160.68
ARIZONA MAIL ORDER           UNSECURED      NOT FILED           .00             .00
AT & T BANKRUPCTY            UNSECURED      NOT FILED           .00             .00
AT & T BANKRUPCTY            UNSECURED      NOT FILED           .00             .00
AT&T                         NOTICE ONLY    NOT FILED           .00             .00
AVON MORTON GROVE            UNSECURED      NOT FILED           .00             .00
BMG MUSIC SERVICE            UNSECURED      NOT FILED           .00             .00
AMERICAS FINANCIAL CHOIC     UNSECURED         679.21           .00          419.33
CHOICE CASH                  UNSECURED      NOT FILED           .00             .00
COLLECTION COMPANY OF AM     UNSECURED      NOT FILED           .00             .00
CR SYSTEM INTR               UNSECURED      NOT FILED           .00             .00
EMPRESS CASINO               UNSECURED      NOT FILED           .00             .00
FIFTH THIRD BANK             UNSECURED      NOT FILED           .00             .00
HORSESHOE CASINO HAMMOND     UNSECURED         206.15           .00          113.18
ICS INC                      UNSECURED      NOT FILED           .00             .00
INSTANT CASH                 UNSECURED      NOT FILED           .00             .00
INSTANT CASH ADVANCE         UNSECURED      NOT FILED           .00             .00
METHODIST ER PHYSICIANS      UNSECURED         512.75           .00          316.56
MEDICAL BUSINESS BUREAU      UNSECURED      NOT FILED           .00             .00
NATIONAL QUICK CASH          UNSECURED      NOT FILED           .00             .00
NATIONWIDE CREDIT & COLL     UNSECURED      NOT FILED           .00             .00
NEW HORIZONS                 UNSECURED      NOT FILED           .00             .00
NICOR GAS                    UNSECURED         866.72           .00          535.08
NURSING DIRECT               UNSECURED      NOT FILED           .00             .00
ORLANDO WOOTEN               UNSECURED      NOT FILED           .00             .00
PAYDAY LOAN                  UNSECURED      NOT FILED           .00             .00
PREFERRED CASH               UNSECURED      NOT FILED           .00             .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 43594 JACQUELINE ROWE
```

```
QUICK PAYDAY LOANS         UNSECURED         520.00              .00         321.04
RCN TELECOM SERVICES       UNSECURED      NOT FILED              .00            .00
AT & T BANKRUPCTY          UNSECURED        1016.21              .00         627.36
SONIC PAYDAY COM           UNSECURED      NOT FILED              .00            .00
SPRINT                     UNSECURED      NOT FILED              .00            .00
TANGLEWOOD APARTMENTS      UNSECURED      NOT FILED              .00            .00
TANGLEWOOD APT             NOTICE ONLY    NOT FILED              .00            .00
TANGLEWOOD APARTMENTS      NOTICE ONLY    NOT FILED              .00            .00
TANGLEWOOD APARTMENTS      UNSECURED        2138.45              .00        1320.23
TAYHAWK ACCEPTANCE         UNSECURED      NOT FILED              .00            .00
TCF BANK                   UNSECURED      NOT FILED              .00            .00
UNITED CASH LOAN           UNSECURED      NOT FILED              .00            .00
UNITED CREDIT NATL BANK    UNSECURED      NOT FILED              .00            .00
US TELCOM                  UNSECURED      NOT FILED              .00            .00
AMERICASH LOANS LLC        UNSECURED         639.80              .00         394.99
INTERNAL REVENUE SERVICE   UNSECURED           3.99              .00           1.04
ZALUTSKY & PINSKI LTD      REIMBURSEMENT    194.00              .00         194.00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY     2,700.00                         2,700.00
TOM VAUGHN                 TRUSTEE                                            454.21
DEBTOR REFUND              REFUND                                              16.56
```

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 8,487.31

PRIORITY                                           623.17
SECURED                                               .00
UNSECURED                                        4,693.37
ADMINISTRATIVE                                   2,700.00
TRUSTEE COMPENSATION                               454.21
DEBTOR REFUND                                       16.56
                       ---------------         ---------------
TOTALS                  8,487.31                 8,487.31

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
     Dated: 12/27/07            _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE




                          PAGE   2
        CASE NO. 04 B 43594 JACQUELINE ROWE